■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC P. DAVIS, Appellant. [886 NYS2d 63]—Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered May 24, 2006. The judgment convicted defendant, after a nonjury trial, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Pine, JJ.